IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 18-CV-1188-SMV-KRS

WESTERN AGRICULTURAL INSURANCE COMPANY,
an Iowa corporation,

    Plaintiff,

v.

WHITNEY FARMS, LP,
a New Mexico limited partnership,

    Defendant.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

This matter came before the Court on Plaintiff Western Agricultural Insurance Company's Unopposed Motion for Leave to File Third Amended Complaint. The Court, having reviewed Plaintiff's Unopposed Motion and the record and file herein, finds the Motion is well-taken. The Court HEREBY GRANTS Plaintiff's Unopposed Motion. Plaintiff's Third Amended Complaint which accompanied Plaintiff's Unopposed Motion will be deemed filed on the date that this ORDER is entered.

DATED this 1st day of March, 2019

                                                                  Honorable STEPHAN M. VIDMAR
                                                                   United States Magistrate Judge

Submitted by:
*s/Thomas M. Dunford*
Thomas M. Dunford, #132548
*Counsel for Plaintiff Western Agricultural Insurance Company.*

Approved via email on 2/27/19 by E.W. Shepherd, *Counsel for Defendant*